■ LUIS CHACHA, Appellant, v NORTHTOWN REALTY CORPORATION et al., Defendants and Third-Party Plaintiffs-Respondents, and SJS CONSTRUCTION, INC., Respondent. BRAVO DEMOLITION CORP. et al., Third-Party Defendants-Respondents. [680 NYS2d 853] —In an action to recover damages for personal injuries, the plaintiff appeals from so much of an order of the Supreme Court, Queens County (Golia, J.), dated October 30, 1997, as denied his motion for partial summary judgment on the issue of liability pursuant to Labor Law § 240 (1).

Ordered that the order is affirmed insofar as appealed from, with one bill of costs to the respondents SJS Construction Co., Inc., and Bravo Demolition Corp.

The Supreme Court properly denied the plaintiff's motion for partial summary judgment on the issue of liability under Labor Law § 240 (1) since a question of fact exists as to the manner in which the subject accident occurred (*see, Groves v Land's End Hous. Co.,* 80 NY2d 978; *Xirakis v 1115 Fifth Ave. Corp.,* 226 AD2d 452). Rosenblatt, J. P., O'Brien, Altman and Friedmann, JJ., concur.

■ TEHILA COHEN, Respondent, v AVIATAR SMADAR, Appellant. [682 NYS2d 597] —In an action for a divorce and ancillary relief, the defendant husband appeals from an order of the Supreme Court, Queens County (LeVine, J.), dated August 7, 1997, which denied his motion to punish the plaintiff wife for contempt without prejudice to renewal of the motion for that relief in the Family Court.

Ordered that the order is affirmed, without costs or disbursements.

This action was discontinued in November 1996. The Supreme Court did not improvidently exercise its discretion in denying the husband's motion to punish the wife for contempt without prejudice to renewal in the Family Court where the parties are engaged in ongoing litigation regarding the visitation issues raised by the husband's motion. Bracken, J. P., Ritter, Santucci and Altman, JJ., concur.